**FILED**
CLERK, U.S. DISTRICT COURT

02/23/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>USMAN ALI TAHIR,<br>　aka "Lustfuleyesss,"<br><br>　　　　Defendant. | ED CR No. 5:22-cr-00055-GW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2422(b): Use of a Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity] |

The Grand Jury charges:

[18 U.S.C. § 2422(b)]

Beginning on or about October 25, 2021, and continuing through on or about November 9, 2021, in Riverside County, within the Central District of California, and elsewhere, defendant USMAN ALI TAHIR, also known as "Lustfuleyesss," used facilities and means of interstate and foreign commerce, namely, the Internet and a cellular phone, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, specifically, a fictional child whom defendant TAHIR believed to be a twelve-year-old girl named "Destiny," to engage in sexual activity

for which a person can be charged with a criminal offense, namely, Lewd and Lascivious Acts Upon a Child Under 14, in violation of California Penal Code Section 288(a), and Arranging a Meeting with a Minor for Lewd Purposes, in violation of California Penal Code Section 288.4(a)(1).

In attempting to commit this offense, defendant TAHIR did something that was a substantial step toward committing the offense, including the following acts, among others:

1. On or about October 25, 2021, using his cellular device and Wickr account, defendant TAHIR exchanged chat messages with an undercover investigator ("UC") who was posing as the minor's father. Defendant TAHIR exchanged the following chat message communications with the UC:

| | |
|---|---|
| Defendant TAHIR | Hey bud, 27 male USA here. Would love to chat about your daughter. I'm visiting California for a week in November." |
| UC | Cool HMU when you get her |
| Defendant TAHIR | How close would you be to Anaheim? |
| UC | Like 30 mins. Riverside |
| Defendant TAHIR | How old is she? |
| UC | She is almost 13 non verbal autistic. She is DTF tho. We have been active full sex for like 8 months |
| Defendant TAHIR | Does she enjoy being massaged, kissed fingered, etc? I bet she enjoys pleasing her dad's big cock :) |
| UC | Sorry man, got a few folks close that want to meet. HMU when you get here |
| Defendant TAHIR | Okay will do<br>Got email or discord? In case I delete this app?<br>I'll text you in a few weeks |

2. On or about November 5, 2021, using his cellular device, defendant TAHIR exchanged text messages with the UC, who was posing

as the minor's father.  Defendant TAHIR exchanged the following text message communications with the UC:

| | |
|---|---|
| Defendant TAHIR | I want to play with your thick cock tbh |
| UC | First of all thanks for the compliment. Second, you can play with it all you want. It will be hard from watching you give destiny oral |
| Defendant TAHIR | I want to take turns sucking you with her After I eat her apple pie pussy for a bit |
| UC | Take turns? Tell me how that would work |
| Defendant TAHIR | I hold her hair back as she sucks you Then I pull her mouth off your cock I hold her face and kiss her gently And then I spit on your cock Sucking it slowly |
| UC | Hell yeah that sounds so hot. I can't wait |
| Defendant TAHIR | Brother and sister sucking daddy's big cock |
| UC | (Zucchini emoji and surprised emoji) |
| Defendant TAHIR | Does destiny know about cum swapping? |
| UC | What do you mean? |
| Defendant TAHIR | You cum in her mouth I kiss her and taste it with her |
| UC | Never told her about it. You want to teach her |
| Defendant TAHIR | Yeah I do You think she'd do it? Does she usually swallow? |
| UC | Sometimes she does |
| Defendant TAHIR | Okay:) |

    3.   On or about November 8, 2021, using his cellular device, defendant TAHIR exchanged text messages with the UC, who was posing as the minor's father.  Defendant TAHIR exchanged the following text message communications with the UC:

| | |
|---|---|
| Defendant TAHIR | Yeah I wanna make her cum good And have you cum good to while you watch or join<br>So you said she loves having you edge your cock on her pussy Wonder if she likes having a cock slapped against it |
| UC | Haven't tried |
| Defendant TAHIR | I'm gonna be gentle with her regardless I don't like forcing girls |
| UC | Yeah that's my rules to |

3

| | |
|---|---|
| Defendant TAHIR | Anything that I should know about that would make her uncomfortable? That I should avoid? |
| UC | No not really. She is pretty chill. She loves bright colors, if you have like a bright shirt she will be hyper focused on that |
| UC | I think that is why she wanted you to see the red filter last night. |
| Defendant TAHIR | Hmm okay Tell her I liked it haha I have a sky blue shirt I can wear tomorrow Think she'll like it? |

4.  On or about November 9, 2021, defendant TAHIR took a train from Orange County, California to the train depot in Riverside, California, in order to engage in sexual activity with "Destiny."

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

KAITLYN B. LASATER
Special Assistant United States Attorney
Riverside Branch Office

4